# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2023 ND 102

State of North Dakota,                                   Plaintiff and Appellee

v.

Jeremy Wayne Heinrich,                          Defendant and Appellant

### No. 20220339

Appeal from the District Court of Barnes County, Southeast Judicial District, the Honorable Jay A. Schmitz, Judge.

AFFIRMED.

Per Curiam.

Tonya Duffy, State's Attorney, Valley City, ND, for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Jeremy Wayne Heinrich appeals from a criminal judgment entered after a jury convicted him of one count of continuous sexual abuse of a child and two counts of promoting obscenity to minors. He argues the convictions are not supported by sufficient evidence. "In reviewing challenges to the sufficiency of the evidence on appeal, the defendant bears the burden of showing the evidence reveals no reasonable inference of guilt when viewed in the light most favorable to the verdict." *State v. Rai*, 2019 ND 71, ¶ 13, 924 N.W.2d 410 (cleaned up). After reviewing the record, we conclude sufficient evidence exists for a jury to draw a reasonable inference Heinrich committed the charged offenses. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr